```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3099 |
| v. ) | |
| ) | |
| MICHAEL C. ELMA, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's unopposed motion to extend deadline, filing 16, is granted and the deadline for filing pretrial motions is extended to November 17, 2005.

DATED this 18th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge