IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   4:05CR3099 |
| v. | ) |
| | ) |
| KELVIN R. LYONS and | ) |
| MICHAEL C. ELMA, | )   ORDER |
| | ) |
| Defendant. | |

IT IS ORDERED:

1. An evidentiary hearing on defendant Elma's motion to suppress evidence, filing 32, will be held in conjunction with the previously-set hearing as to defendant Lyons before the undersigned on December 22, 2005 at 1:30 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The court has set aside two hours for this hearing.

2. The defendants, defendants' counsel, and counsel for the government shall be present at this hearing.

3. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

4. As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

Dated December 8, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge