```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3099 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL C. ELMA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the motion to modify conditions of release, it has been brought to the court's attention that the defendant apparently has not requested permission for the proposed travel from his supervising officer.

IT THEREFORE HEREBY IS ORDERED, the motion, filing 46, is denied, without prejudice to a new motion being filed, should the supervising officer not grant the permission requested.

DATED this 7th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge