IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3099-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MICHAEL C. ELMA, | ) | |
| | ) | |
| Defendant. | ) | |

I have been advised by the United States Pretrial Services Office in Nebraska that the United States Probation Office in Cleveland, Ohio reports that the defendant has come to the Cleveland office of that agency. The defendant reports a dispute with his wife and he also reports that he has removed an electronic monitoring unit.

The United States Probation Office in Cleveland seeks an order directing the defendant to surrender to the United States Marshals Service in Cleveland, Ohio to begin serving his sentence. I agree that such a course of action is appropriate. Therefore,

IT IS ORDERED that the defendant shall immediately surrender to the United States Marshals Office in Cleveland, Ohio to begin serving his prison sentence.

October 3, 2006.                             BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge