IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3099 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL C. ELMA, | ) | |
| | ) | |
| Defendant. | | |

NOW ON THIS 11th day of October, this matter comes on before the Court upon the United States' Motion to Release Money and <u>Memorandum</u> Brief. The Court reviews the Motion and the court file, and, being duly advised in the premises, finds the Motion should be granted.

IT THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. The Plaintiff's Motion to Release Money (Filing No. 112) is hereby granted.

2. The U.S. Marshals Service shall deliver $3,077.00, by check made payable to Michael C. Elma, to his attorney of record, Sean J. Brennan, 140 North 8th Street, Suite 340, Lincoln, Nebraska 68508.

October 11, 2006.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge